**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **LIBERTAS FUNDING, LLC, a Connecticut limited liability company, as nominee for WEBBANK, a Utah corporation,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PREMIER RENOVATIONS, INC. dba RON DAVIS CUSTOM HOMES, a Texas corporation; et al.,**<br><br>**Defendants.** | **ORDER**<br><br>**Case No. 2:26-cv-00564-JCB**<br><br>**Magistrate Judge Jared C. Bennett** |

Under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have consented to Judge Jared C. Bennett conducting all proceedings in this case, including entry of final judgment.[1] Before the court is the parties' stipulated motion to remand.[2] Based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that this case is REMANDED to Utah Third Judicial District Court in and for Salt Lake County, State of Utah.

SO ORDERED this 5th day of October 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[1] ECF No. 12.

[2] ECF No. 21.