# United States District Court
# District of Utah

**Gary P. Serdar**
Clerk of Court

**Alison J. Adams**
Chief Deputy Clerk

October 5, 2026

Third District Court - Utah State Court
Attn: Clerk's Office
450 S State St
Salt Lake City, UT 84111

—

Re: Libertas Funding v Premier Renovations et al
U.S. District Court Case Number: 2:26cv564
State Court Case Number: 260903496

Dear Clerk:

An order remanding this case to State Court was signed by the Honorable Jared C. Bennett on 10/5/2026. I am forwarding a certified copy of the remand order along with a copy of the Federal Court docket sheet. None of the documents contained in the federal file will be forwarded to the State Court (see FRCP 28:1447).

Please return a signed copy of this letter in the enclosed self-addressed envelope.

Sincerely,

Gary P. Serdar, Clerk

By:
Amy F.
Deputy Clerk

Enclosures
cc: Counsel of record

**ACKNOWLEDGMENT OF RECEIPT:**

**Received by:** ________________________

**Date:** ______________________________